No. 12–0501/AF. U.S. v. Jessica E. McFadden. CCA 37438. Review granted on the following issue:

> WHETHER THE AIR FORCE COURT'S DECISION MUST BE SET ASIDE BECAUSE ONE OF THE JUDGES WHO PARTICIPATED IN THE DECISION OF APPELLANT'S CASE WAS UNCONSTITUTION-ALLY APPOINTED.

In light of *Ryder v. United States*, 515 U.S. 177 (1995) and *United States v. Carpenter*, 37 M.J. 291 (C.M.A. 1993), *vacated*, 515 U.S. 1138 (1995), the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006), by a properly appointed Court of Criminal Appeals. Thereafter, Article 67(a), UCMJ, 10 U.S.C. § 867(a) (2006) will apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0487/AF. U.S. v. Marquis W. Knight. CCA 38083. On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice and motion to attach consent to withdraw case still subject to service court review, it is ordered that said motions are hereby granted.

No. 13–0524/AF. U.S. v. Senator G. Negron. CCA 37754. On consideration of Appellee's motion for leave to file a response to Appellant's reply and Appellant's petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said motion is granted, said petition is hereby granted on the following issue:

> WHETHER THE CIVILIAN JUDGE ON APPELLANT'S AIR FORCE COURT PANEL WAS UNCONSTITUTIONALLY APPOINTED.

In light of *Ryder v. United States*, 515 U.S. 177 (1995) and *United States v. Carpenter*, 37 M.J. 291 (C.M.A. 1993), *vacated*, 515 U.S. 1138 (1995), the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006), by a properly appointed Court of Criminal Appeals. Thereafter, Article 67(a), UCMJ, 10 U.S.C. § 867 (2006) will apply. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 13–0669/AR. U.S. v. Brandon T. Parker. CCA 20110248. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, and in view of *United States v. Goings*, 72 M.J. 202 (C.A.A.F. 2013) and *United States v. Gaskins*, 72 M.J. 225 (C.A.A.F. 2013), it is ordered that said petition is hereby granted on the following assigned issue:

> WHETHER THE ARMY COURT ERRED WHEN IT FOUND THAT THE FAILURE TO PLEAD THE TERMINAL ELEMENTS IN APPEL-LANT'S CASE DID NOT RESULT IN MATERIAL PREJUDICE TO APPELLANT'S RIGHT TO NOTICE WHERE THE ARMY COURT

42

MERELY FOUND "INDIRECT MENTION" OF A TERMINAL ELEMENT THROUGH WITNESS TESTIMONY.

The decision of the United States Army Court of Criminal Appeals is reversed as to Charge III and its specifications and as to the sentence. The findings of guilty to Charge III and its specifications are set aside. The remaining findings are affirmed. The record is returned to the Judge Advocate General of the Army for remand to the Court of Criminal Appeals. That court may either dismiss Charge III and its specifications and reassess the sentence based on the affirmed findings, or it may order a rehearing on the affected charge and the sentence. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0501/AF. U.S. v. Jessica E. McFadden. CCA 37438. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0524/AF. U.S. v. Senator G. Negron. CCA 37754. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0669/AR. U.S. v. Brandon T. Parker. CCA 20110248. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 13–0420/AF. U.S. v. Travis A. Schmidt. CCA 38220. Appellant's motion for leave to file a second petition for grant of review and a supplement to said petition for grant of review is granted.

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 23, 2013.

No. 14–0003/AF. U.S. v. Allen K. Hohenstein. CCA 37965. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 23, 2013.